**Fill in this information to identify your case:**

Debtor 1: **SARAH MILLER GOTTLIEB**
(First Name  Middle Name  Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name  Middle Name  Last Name)

United States Bankruptcy Court for the: District of **MARYLAND**

Case number (If known): **19-23764**

FILED MAIL
2019 NOV -7 PM 12:44
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE



☒ Check if this is an amended filing

## Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Alternative Collections / Mercedes-Benz Financial Services**<br>Description of property securing debt: **2010 Mercedes E 350 4matic white** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☒ Retain the property and [explain]: **Pay the outstanding debt** | ☐ No<br>☒ Yes |
| Creditor's name: **Specialized Loan Services / National Bankruptcy Services**<br>Description of property securing debt: **Primary Residence** | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☒ No<br>☐ Yes |
| Creditor's name: _____<br>Description of property securing debt: _____ | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name: _____<br>Description of property securing debt: _____ | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

Debtor 1 _SARAH MILLER Gottlieb_      Case number (If known) _19-23764_
         First Name   Middle Name   Last Name

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗ _/s/ Sarah_                                    ✗ _____
Signature of Debtor 1                             Signature of Debtor 2

Date _10/29/2019_                                 Date _____
     MM / DD / YYYY                                    MM / DD / YYYY

Official Form 108           Statement of Intention for Individuals Filing Under Chapter 7           page 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

In Re:            *   Case Number: 19-23764 mmH

                               *   Chapter: 7

Debtor(s)
SARAH MILLER GOTTLIEB

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of NOV., 2019 a copy of Statement of intentions

was mailed first class mail, postage prepaid to:

Name: Alternative collections / Mercedes Benz Financial
Address: 65 Lawrence Bell Dr. Suite 101
City, State, Zip Code: Williamsville, NY 14221

Name: Specialized Loan Services / National Bankruptcy Services
Address: 14841 Dallas Parkway Suite 300
City, State, Zip Code: Dallas Texas, 75254

Name:
Address:
City, State, Zip Code:

Signature: [signed]
11/4/2019

FILED MAIL 2019 NOV -7 PM 2:44 U.S. BANKRUPTCY COURT DISTRICT OF MARYLAND BALTIMORE